**Amended**

DEBTOR'S AFFIDAVIT PURSUANT TO
RULE 1007-4



State of New York)
County of Kings   ) s.s.

(i)   The Debtor is a small business debtor within the meaning of Bankruptcy Code section 101 (51D);

(ii)   The nature of the debtor's business is the ownership of a single a asset which is the real property located at 330 Neptune Avenue, Brooklyn, New York 11235.

(iii)   None

(iv)   None

(v)   None

(vi)   Congregation Kahal Minchas Chinyck
1452 55th Street, Brooklyn, New York 11219

Banco Popular
120 Broadway, 16th Floor, New York, New York 10271

(vii)   The debtor only asset is the Real Property located at 330 Neptune Avenue, Brooklyn, New York 11235.

(viii)   No classes of stock all no par value

(ix)   None

(x)   None

(xi)   2203 Neptune Avenue, Brooklyn, New York 11235

(xii)   Foreclosure action and judicial public sale of the property located at 330 Neptune Avenue, Brooklyn, New York 11235. The property has been advertised for Judicial Public Sale.

(xiii)   The Debtor's senior management consist of the two shareholders David Thause and Shaul Chazon. The property is vacant and occupied . The premises is a Commercial building which does not have a certificate of occupancy. Date of Purchase which was  10/11/2002

(xv) Legal fees only
(a) Amount paid to officer of corporation none.
(b) Not applicable

(c) None

(xvi) None

(xvii) None