| UNITED STATES BANKRUPTCY COURT | Hearing Date: September 21, 2010 |
| EASTERN DISTRICT OF NEW YORK | Hearing Time: 10:00 a.m. |

---------------------------------------------------------x

| In re | Chapter 11 |
| 330 NEPTUNE AVENUE CORP., | Case No. 10-46716-jf |
| Debtors. | |

---------------------------------------------------------x

## ORDER DISMISSING THIS CHAPTER 11 CASE

Upon the motion of the United States Trustee to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b), and upon the hearing held on September 21, 2010, and no objection to the relief requested having been made, and good and sufficient cause existing for the relief requested, it is hereby

ORDERED, that this case commenced under chapter 11 of the Bankruptcy Code is hereby dismissed, pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: Brooklyn, New York
October 4, 2010

/s/ Jerome Feller
Jerome Feller
United States Bankruptcy Judge